827 A.2d 385

**COMMONWEALTH ex. rel. Joseph B. SAMPLE**

**v.**

**Robert SHANNON, Superintendent, SCI–Frackville,**

**Appeal of Joseph B. Sample.**

Supreme Court of Pennsylvania.

May 21, 2003.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of May, 2003, probable jurisdiction is noted and the order appealed is affirmed.